1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AMAZING STEWART,

11            Plaintiff,                          No. CIV S-10-1289 EFB P

12        vs.

13   L. BROWN, et al.,

14            Defendants.                         ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.

18            Plaintiff alleges a violation of his civil rights in Coalinga, California.  Coalinga is in the

19   Fresno Division of this court and the action should have been commenced there.  *See* Local Rule

20   120(d).  The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

21            Accordingly, it is hereby orderd that:

22            1.  This action is transferred to the Fresno Division.

23            2.  The Clerk of Court shall assign a new case number.

24   ////

25   ////

26   ////

1

1       3.  All future filings shall bear the new case number and shall be filed at:

2                 United States District Court
                         Eastern District of California

3                 2500 Tulare Street
                         Fresno, CA 93721

4

5    DATED:  June 16, 2010.

6

                                   EDMUND F. BRENNAN

7                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26