UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZING STEWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. BROWN, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01093 LJO JLT<br><br>ORDER REQUIRING PLAINTIFF TO FILE A SUPPLEMENTAL DECLARATION |

On April 26, 2013, the Court ordered Plaintiff to "file a declaration stating **the date he received notice of entry of judgment** and the **date he filed his notice of appeal**." On May 9, 2013, Plaintiff filed a declaration which fails to do this. (Doc. 38) He states he filed his appeal "the 3rd week of Jan 2013," but fails to identify a specific date on which he did this. Id. at 2. Also, he fails to identify the date he received the notice of entry of judgment except that it was "mailed to me in mid January."Id. Moreover, the declaration is not signed under penalty of perjury.

Therefore, **within 14 days** of the date this order is served, Plaintiff is **ORDERED** to file a declaration which states:

　　1.　　the date he received notice of entry of judgment; and

　　2.　　the date he filed his notice of appeal.

1

At the end of the declaration, **the document must contain the following language**, "I declare under penalty of perjury, under the laws of the State of California, the foregoing is true and correct." Finally, the declaration must be signed by Plaintiff and dated.

If possible, Plaintiff SHALL attach copies of the mailroom logbook entries or other exhibits which support his claim related to the dates he received notice of entry of judgment and the date he filed his notice of appeal.

**Plaintiff is firmly cautioned that his failure to comply with this order will be weighed against him when the Court determines whether his notice of appeal was timely filed.**

IT IS SO ORDERED.

Dated: **May 10, 2013**                    /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE